IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-cv-02366-MSK-BNB

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO; ELIZABETH HOFFMAN, in her official capacity as President of the University of Colorado; RICHARD D. KRUGMAN, M.D., in his official capacity as Dean of the University of Colorado Health Sciences Center; and JAMES H. SHORE, M.D., in his official capacity as Chancellor of the University of Colorado Health Sciences Center,

    Defendants.
_____

## ORDER TO SET TRIAL
_____

THIS MATTER comes before the Court *sua sponte*.  **IT IS HEREBY ORDERED** that the parties to this action are to contact chambers at (303) 335-2289 no later than **ten (10) days from the date of this order** to set this matter for trial.

Dated this 29th day of September, 2005.

                **BY THE COURT:**

                _____
                Marcia S. Krieger
                United States District Judge