IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-02366-MSK-PAC

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, *et al.*,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
October 4, 2005

    The Clerk's record shows that, on August 13, 2003, this matter was stayed pending disposition of plaintiff's appeal to the United States Court of Appeals for the Tenth Circuit of Magistrate Judge Boland's Order of May 19, 2003 denying plaintiff's motion for preliminary injunction. According to the District Court record, that appeal remains pending. On September 29, 2005, Judge Krieger ordered counsel to contact her chambers for a trial date. In accordance with Judge Krieger's order of September 29, 2005,

    IT IS HEREBY **ORDERED** that the stay is **lifted**. It is further

    **ORDERED** that a **status conference** is set for **October 17, 2005** at **11:00 a.m.** in Courtroom A-501. Counsel are to be prepared to discuss the status of the appeal, whether discovery has been completed, and what is needed to prepare the case for trial.