IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-02366-MSK-PAC

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, *et al.*,

    Defendants.

_____

**ORDER**
_____

**Patricia A. Coan, Magistrate Judge**

    On June 16, 2003, plaintiff appealed the denial of his motion for preliminary injunction.  The case was stayed on August 13, 2003, at plaintiff's request, which was unopposed. See August 13, 2003 Order.  On September 29, 2005, Judge Krieger ordered counsel to contact her chambers for a trial date.  Pursuant to that Order, I lifted the stay and set the matter for a status conference.  See Order of October 4, 2005.  In the meantime, a docket entry dated September 30, 2005 indicated that Judge Krieger's September 29, 2005 order should be disregarded.  Based on that entry, I vacated my October 4, 2005 Order.

    After discussing this case with Judge Krieger today, it is clear that the case should be prepared for trial as soon as is possible.  Accordingly, it is hereby

        **ORDERED** that the stay imposed on August 13, 2003 is **lifted**.  Discovery may be resumed this date.  It is further

**ORDERED** that a status and scheduling conference is set for **October 19, 2005 at 8:30 a.m.** in Courtroom A-501.  **Trial counsel shall be present with their calendars**.  If discovery has not been completed, a proposed amended scheduling order with a discovery deadline of **February 1, 2006** and a dispositive motions deadline of **March 1, 2006** is to be submitted to the Court and to the undersigned by email in a Word or WordPerfect attachment by **October 17, 2005**.

**Valid, current, photographic identification is needed for courthouse access.**

Dated this sixth day of October 2005.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge