IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Court Judge Marcia S. Krieger

Civil Action No. 02-cv-2366-MSK-PAC

ROBERT W. SCHRIER, M.D.,
    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate;
RICHARD D. KRUGMAN, M.D., individually and
in his official capacity as Dean of the School of Medicine
at the University of Colorado at Denver and Health Sciences Center;
JAMES H. SHORE, M.D., individually; and
GREGORY V. STIEGMANN, M.D., in his official capacity as Interim Chancellor of the
University of Colorado at Denver and Health Sciences Center,
    Defendants.

---

## ~~PROPOSED~~ ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO FILE THIRD AMENDED COMPLAINT IN ORDER TO SUBSTITUTE AND DISMISS CERTAIN PARTIES

---

Doc. # 118

THIS MATTER having come before this Court on Plaintiff's Unopposed Motion to File Third Amended Complaint in Order to Substitute and Dismiss Certain Parties ("Motion"), being so advised in the premises, and for good cause shown,

HEREBY ORDERS that said Motion is GRANTED. Plaintiff is granted leave to file his Third Amended Complaint, *nunc pro tunc* to November 11, 2005.

THE COURT FURTHER ORDERS that Elizabeth Hoffman, in her official capacity as President of the University of Colorado, is dismissed from the action, with each party to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the caption in this action shall be amended to reflect the change in parties as set forth in the Third Amended Complaint, which shall be date-stamped & filed this date.

DONE THIS 15th DAY OF November, 2005.

Further, π's counsel is directed to the Court's electronic filing procedures, § V.L. for the sub-mission of proposed orders in an editable format (Word or Wordperfect).

BY THE COURT:

S/ Patricia
United States District Court ~~Judge~~

00245228 / 1