IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:02-cv-2366-MSK-PAC

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate;
RICHARD D. KRUGMAN, M.D., individually and
in his official capacity as Dean of the School of Medicine
at the University of Colorado at Denver and Health Sciences Center;
JAMES H. SHORE, M.D., individually; and
GREGORY V. STIEGMANN, M.D., in his official capacity as Interim Chancellor of the
University of Colorado at Denver and Health Sciences Center,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTIONS TO AMEND SCHEDULING ORDER

THIS MATTER having come before this Court on Defendant's Motion to Amend Scheduling Order ("Defendant's Motion") [Doc #128] and Plaintiff's Motion to Further Amend Scheduling Order and Statement of Non-Opposition to Defendant's Motion to Amend Scheduling Order, [Doc.# 134] (collectively, "Motions"), being so advised in the premises, and for good cause shown,

HEREBY ORDERS that said Motions are GRANTED. The deadlines in the Scheduling Order are amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Deadline to designate expert witnesses | December 13, 2005 | February 28, 2006 |
| Deadline to file deposition schedule | December 15, 2005 | January 16, 2006 |
| Deadline to designate rebuttal expert witnesses | January 13, 2006 | March 30, 2006 |

00253042 / 2

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Deadline to complete discovery | February 1, 2006 | May 1, 2006 |
| Deadline to file dispositive motions | March 1, 2006 | June 1, 2006 |

FURTHER ORDER: counsel shall review Judge Krieger's civil procedures for the filing of proposed orders. See MSK Practice Standards, and, II.C.2. & Court Electronic Filing Procedures, V.L.

DONE THIS 19th DAY OF December, 2005.

BY THE COURT:

S/ PATRICIA A COAN
United States District Court ~~Judge~~ Magistrate Judge
PATRICIA A COAN

00253042 / 2