IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-02366-MSK-BNB

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO; ELIZABETH HOFFMAN, in her official capacity as President of the University of Colorado; RICHARD D. KRUGMAN, M.D., in his official capacity as Dean of the University of Colorado Health Sciences Center; and JAMES H. SHORE, M.D., in his official capacity as Chancellor of the University of Colorado Health Sciences Center,

    Defendants.

_____

**ORDER AMENDING THE VACATION AND RESETTING OF TRIAL, PRE-TRIAL PREPARATION AND TRIAL SETTING ORDER OF MARCH 15, 2006**
_____

    IT IS ORDERED that the **deadline for filing Rule 702 motions shall be June 1, 2006** and not May 1, 2006, as stated in the setting Order of March 15, 2006.

    DATED this 16th day of March 2006.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge