**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patti Glover                               Date: October 19, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 02-cv-02366-MSK

*Parties*:                                                                    *Counsel Appearing:*

ROBERT W. SCHRIER, M.D.,                                Craig Welling
                                                                               James Michael Lyons
            Plaintiff,

v.

UNIVERSITY OF COLORADO                               David P. Temple
RICHARD D. KRUGMAN                                      Thomas Rice
JAMES H. SHORE                                                 Gillian Fahlsing
GREGORY V. STIEGMAN,

            Defendants.

---

## COURTROOM MINUTES

HEARING:   FINAL PRETRIAL CONFERENCE

**8:14 a.m.   Court in session.**

Plaintiff Robert W. Schrier, M.D. and Defendants Richard Krugman, James H. Shore, and Gary Longfellow present in the Courtroom.

Discussion of trial date.  The Court anticipates that the case will proceed to trial as scheduled on January 22, 2007.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Motion to Amend/Correct/Modify Order, Set Deadlines/Hearings, to Amend the Vacation and Resetting of Trial, Pretrial Preparation and Trial Setting Order of March 15, 2006 **[Doc. #142] is DENIED** as to the request to not conduct trial on January 29, 2007, and is moot as to the modifications of the Scheduling Order.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Motion in Limine **[Doc. #151] is DENIED** without prejudice to be re-raised at trial.

Discussion regarding defendant's Motion for Summary Judgment and plaintiff's claims.

The Court addresses the parties regarding resolution of the case.

Discussion regarding the parties stipulating to additional facts, affirmative defenses, damages and jury instructions.

The case will be tried to 12 jurors with no alternates.

Each side will have 30 minutes for opening statements and one hour for closing arguments.

Discussion regarding exhibits, exhibit notebooks and training on the evidence presentation system.

**ORDER**:   December 22, 2006 is the deadline for submitting proposed voir dire questions and jury instructions.

The Court requests that counsel notify chambers by October 23, 2006, if the parties want to schedule a settlement conference with a magistrate judge.

**9:09 a.m.**   **Court in recess.**

**Total Time:   0 hours 55 minutes.**
**Hearing concluded.**