IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-02366-MSK-BNB

ROBERT W. SCHRIER, M.D.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,
ELIZABETH HOFFMAN, in her official capacity as President of the University of Colorado,
RICHARD D. KRUGMAN, M.D., in his official capacity as Dean of the University of Colorado Health Sciences Center, and
JAMES H. SHORE, M.D., in his official capacity as Chancellor of the University of Colorado Health Sciences Center,

    Defendants.

## ORDER FOLLOWING NOTICE OF IMPENDING SETTLEMENT

The Court has been advised by the Magistrate Judge that the parties have reached a settlement of all claims. Trial is currently scheduled to begin on January 22, 2007. No pre-trial hearings are scheduled. Based thereon,

**IT IS ORDERED** that the trial will not be continued, nor will it be vacated except upon dismissal or closing of the case. The parties are directed to MSK Civ. Practice Standard III.F (Settlement) and D.C.COLO.LCivR 54.2 (Jury Cost Assessment).

Dated this 22nd day of December, 2006

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge